■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS DOUGLAS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court,

Erie County, Marshall, J.—robbery first degree.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.